| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 4456663 | **DATE** 08/11/2021 |
|---|---|---|---|---|
| **NAME** JOHNSON, Trashawn Demarqus | | **OFFICER** Stylianos Agapiou | **JUDGE** Mark A. Goldsmith | **DOCKET #** 18-CR-20074-01 |

| ORIGINAL SENTENCE DATE 08/21/2018 COMMENCED 05/19/2021 EXPIRATION 05/18/2024 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 19 | PHOTO |
|---|---|---|---|---|
| **ASST. U.S. ATTORNEY** Mitra Jafary-Hariri | | **DEFENSE ATTORNEY** To Be Determined | | |

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

Count 2: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 46 months, on each count, to run concurrent. To be followed by a three-year term of supervised release, on each count, to run concurrent.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
2. The defendant shall enroll and participate in a Cognitive-Behavior Therapy program (CBT) as approved by the probation officer, if necessary.
3. The defendant shall participate in a program to obtain a General Educational Development certificate (GED) during the term of incarceration. If the defendant does not obtain a GED while incarcerated, the defendant shall work towards obtaining a GED during the term of supervised release.
4. The defendant shall submit his person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4456663 | DATE 08/11/2021 |
|---|---|---|---|---|
| **NAME** JOHNSON, Trashawn Demarqus | **OFFICER** Stylianos Agapiou | | **JUDGE** Mark A. Goldsmith | **DOCKET #** 18-CR-20074-01 |

suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

Criminal Monetary Penalty: Special Assessment $200.00 (Balance $75.00).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME"<br><br>On August 5, 2021, officers from the Jackson County Violent Crimes Unit and Michigan Department of Corrections (MDOC) Parole Unit (Jackson County) conducted a parole residence check on JOHNSON. During the parole check, officers found marijuana in a bag on JOHNSON's bed in his bedroom. Officers then found a Glock 26 handgun with an extended magazine in the hallway closet; an area that JOHNSON had ready access and control over. Fourteen rounds of ammunition were discovered in the weapon and it also had an obliterated serial number. A digital scale with white powder residue was located on the dining room table. JOHNSON was arrested and transported to the Jackson County Jail in Jackson, Michigan. JOHNSON is currently in custody pending MDOC parole violation(s) and possible federal and/or state felony charges. |
| 2 | **Violation of Standard Condition 10:** "YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E., ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED FOR, THE SPECIFIC PURPOSE OF CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AS NUNCHAKUS OR TASERS)"<br><br>As cited in Violation #1, "Officers from the Jackson County Violent Crimes Unit and MDOC located a Glock 26 handgun with an extended magazine loaded with fourteen rounds of ammunition and an obliterated serial number in the hallway closet of JOHNSON's residence." |
| 3 | **Violation of Standard Condition 7:** "YOU MUST WORK FULL TIME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU DO NOT HAVE FULL-TIME EMPLOYMENT YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4456663 | DATE 08/11/2021 |
|---|---|---|---|---|
| **NAME** JOHNSON, Trashawn Demarqus | **OFFICER** Stylianos Agapiou | **JUDGE** Mark A. Goldsmith | | **DOCKET #** 18-CR-20074-01 |

UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE"

Since onset on supervised release, JOHNSON was instructed to obtain and maintain lawful employment. As of the date of this report, JOHNSON is unemployed. JOHNSON has failed to provide the probation department with any employment searches or obtain employment.

| **I declare under penalty of perjury that the foregoing is true and correct.** **PROBATION OFFICER** s/Stylianos Agapiou/jmg 734-741-2063 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Ann R. Smith 734-741-2076 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ x ]   The issuance of a warrant

[  ]   Other

s/ Mark A. Goldsmith
United States District Court Judge

8/11/2021
Date